1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  AARON GREGORY GUZMAN

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  No. 1:11-cr-0172 AWI
                                       )
12            *Plaintiff,*             )  STIPULATION AND ORDER TO CONTINUE
                                       )  STATUS CONFERENCE HEARING
13     v.                              )
                                       )  DATE:   July 18, 2011
14  AARON GREGORY GUZMAN,              )  TIME:   9:00 A.M.
                                       )  JUDGE:  Hon. Anthony W. Ishii
15            *Defendant.*             )
                                       )
16  _____)

17        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

18  counsel that the status conference in the above-captioned matter now set for June 6, 2011, **may be**

19  **continued to July 18, 2011 at 9:00 A.M.**

20        This continuance is at the request of counsel for defendant to allow time for proper preparation

21  and to permit plea negotiations between the parties with the intention of conserving time and resources for

22  both parties and the court.  Defense counsel is in receipt of the initial discovery and needs additional time

23  for review those documents and meet with the client, as well as view the evidence on this case.

24  Additionally, defense counsel would like to explore possible settlement with the government.

25        The parties agree that the delay resulting from the continuance shall be excluded in the interests

26  of justice, including but not limited to, the need for the period of time set forth herein for effective defense

27  preparation and for plea negotiation purposes pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and

28  3161(h)(7)(B)(i) and (iv).

1

2

BENJAMIN B. WAGNER
United States Attorney

DATED: May 31, 2011

By: /s/ Jeremy Jehangiri
JEREMY JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

3

4

5

DANIEL J. BRODERICK
Federal Defender

6

7

DATED: May 31, 2010

By: /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
AARON GREGORY GUZMAN

8

9

10

11

12

13

**O R D E R**

14

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and

15

3161(h)(7)(B)(i) and (iv).

16

17

IT IS SO ORDERED.

18

19

Dated:    May 31, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

Guzman
Stipulation and Order

2